# United States District Court

## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW WAYNE HARKER<br>[DOB: 03/14/1971] | 18 U.S.C. § 2261A(2)(B)<br>NMT 5 Years Imprisonment<br>NMT $250,000.00 Fine<br>NMT 3 Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class D Felony |

**FILED 4/21/14 ANN THOMPSON, CLK. U.S. DISTRICT COURT WEST DISTRICT OF MISSOURI LC**

### CRIMINAL COMPLAINT

Case Number: 14-MJ-00068-REL

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about between March 21, 2014, and April 16, 2014, in Jackson County, in the Western District of Missouri, the defendant Matthew Wayne Harker, with the intent to kill, injure, harass, or intimidate another person used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce, or any other facility of interstate or foreign commerce to engage in a course of conduct that caused, attempted to cause, or would reasonably be expected to cause substantial emotional distress to a person, all in violation of Title 18, United States Code, Section 2261A(2)(B).

I further state that I am an Inspector for the Department of Homeland Security, Federal Protective Service and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No.

*[signature]*
Inspector David Wright
Department of Homeland Security,
Federal Protective Service

Sworn to before me and subscribed in my presence,

April 21, 2014                              at          Kansas City, Missouri
Date                                                    City and State

Robert E. Larsen, United States Magistrate Judge        *[signature]*
Name and Title of Judicial Officer                      Signature of Judicial Officer

2