IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WAYNE HARKER,<br>[DOB: 03/14/1971],<br><br>Defendant. | Case No. _____<br><br>**COUNT ONE:**<br>**Stalking**<br>**18 U.S.C. §§ 2261A(2)(B) and 2261(b)(5)**<br><br>NMT: 5 Years Imprisonment<br>NMT: $250,000 Fine<br>Supervised Release: 3 Years<br>Class D Felony<br><br>$100 Mandatory Special Assessment |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE

On or about between March 21, 2014, and April 16, 2014, the dates being approximate, in the Western District of Missouri, the defendant, Matthew Wayne Harker, with the intent to kill, injure, harass, or intimidate another person used any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, or would reasonably be expected to

cause substantial emotional distress to a person, an employee of the Federal Aviation

Administration, all in violation of Title 18, United States Code, Section 2261A(2)(B).

A TRUE BILL.

                                 /s/ Timothy L. Pierce
                                FOREPERSON OF THE GRAND JURY

/s/ Teresa A. Moore
Teresa A. Moore #40813
Assistant United States Attorney


Date:       4/30/14
           Kansas City, Missouri

2