IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 14-00125-01-CR-W-HFS |
| MATTHEW WAYNE HARKER, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Having reviewed the record, including the psychiatric evaluation (Doc 26), and the report and recommendation (Doc. 31) and noting no opposition has been filed to the report and recommendation, I ADOPT the report and recommendation and FIND that defendant Harker is not competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense. Based on the report and recommendation, it is further

ORDERED that the defendant is committed to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). SO ORDERED.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Court Judge

September  3 , 2014

Kansas City, Missouri