IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 14-00125-01-CR-W-HFS |
| MATTHEW WAYNE HARKER, ) | |
| ) | |
| Defendant. ) | |

O R D E R

On September 3, 2014, Defendant was ordered to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). Kristina P. Lloyd, Psy.D., prepared a report dated September 18, 2015, opining Defendant was competent to stand trial. During a competency hearing held before Judge Larsen on November 16, 2015, Defendant and the government stipulated to the report of Dr. Lloyd. After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Robert Larsen is adopted in its entirety. This Court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between April 25, 2014, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

/s/ Howard F. Sachs
HOWARD F. SACHS
United States District Judge

November __18__, 2015

Kansas City, MO